Jerry D. BLANEY, Claimant–Appellant,

v.

Eric K. SHINSEKl, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7146.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2010.

Jerry D. Blaney, Tenn. Colony, TX, pro se.

Courtney McNamara, Department of Justice, Washington, DC, for Respondent–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

EAST SEA SEAFOODS LLC, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Catfish Farmers of America, Defendant–Appellee.

No. 2010–1438.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2010.

John M. Gurley, Nancy A. Noonan, Diana Dimitriuc Quaia, Arent Fox, LLP, Washington, DC, for Plaintiff–Appellant.

Valerie A. Slater, Jarrod Mark Goldfeder, Akin, Gump, Strauss, Hauer, Claudia Burke, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).